**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DARLENE BROWN,**[1] | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-00066** |
| | ) | **Judge Aleta A. Trauger** |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objection (Doc. No. 21) to the Magistrate Judge's Report and Recommendation ("R&R") is **OVERRULED**. The R&R (Doc. No. 19) is **ACCEPTED**, and the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) is **DENIED**. This case is **DISMISSED**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge

[1] The Magistrate Judge granted the plaintiff's Unopposed Motion to Substitute Party, substituting Darlene Brown's husband, Rojelio Garcia, Jr., as the plaintiff in this matter, following Darlene Brown's death. (*See* Doc. Nos. 16, 17.) Following the parties' and the Magistrate Judge's convention, the court has not modified the case caption to reflect this change.